UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CR-80178-KAM

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**BRADLEY ALAN BRODER**

    Defendant

_____/

## DEFENDANT'S NOTICE OF RIGHT TO SILENCE AND COUNSEL

Defendant, **BRADLEY ALAN BRODER,** through counsel, hereby invokes the rights to remain silent and to advice of counsel with respect to any and all interrogation, regardless of the subject matter. *See McNeil v. Wisconsin,* 111 S.Ct. 2204, 2212 (1992).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by filing with CM/ECF to all counsel of record, on this 22nd day of November, 2021.

Respectfully submitted,

*/s/ Valentin Rodriguez*
_____
VALENTIN RODRIGUEZ, ESQ.
Valentin Rodriguez, P.A.
2465 Mercer Avenue, Suite 301
West Palm Beach, FL  33401
(561) 832-7510
Fla Bar No.  047661
defend@bellsouth.net

Counsel for Defendant (CJA)